| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:09CR00169-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:13-00132-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: David Waylon Austell | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Corpus Christi |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Hayden Head | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/05/2012   TO 11/04/2017 |

**OFFENSE**

Possession with Intent to Distribute 103 Kilograms of Marihuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

12/15/12
*Date*

Hayden Head
Senior United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

8-5-13
*Effective Date*

*United States District Judge*